# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PPC BROADBAND, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CHARLES INDUSTRIES, LLC and )<br>AMPHENOL CORPORATION, )<br>)<br>Defendants. ) | C.A. No. 22-1517-GBW-SRF |

## STIPULATION OF DISMISSAL
## PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)

THE PARTIES HEREBY STIPULATE AND AGREE, through their respective undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that all of the parties' claims are dismissed WITHOUT PREJUDICE. The parties agree that all costs, expenses, and attorneys' fees will be borne by the party that incurred them.

1

Dated: April 29, 2025

| | |
|---|---|
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| /s/ *Pilar G. Kraman* | /s/ *Rodger D. Smith II* |
| Pilar G. Kraman (No. 5199) | Rodger D. Smith II (#3778) |
| Robert M. Vrana (No. 5666) | 1201 North Market Street |
| Alexis N. Stombaugh (No. 6702) | Wilmington, DE 19801 |
| Rodney Square | (302) 658-9200 |
| 1000 North King Street | rsmith@morrisnichols.com |
| Wilmington, Delaware 19801 | |
| (302) 571-6600 | Adam P. Seitz |
| pkraman@ycst.com | ERISE IP, P.A. |
| rvrana@ycst.com | 7015 College Blvd |
| astombaugh@ycst.com | Suite 700 |
| | Overland Park, KS 66211 |
| Douglas J. Nash | (913) 777-5600 |
| John D. Cook | |
| BARCLAY DAMON LLP | Paul R. Hart |
| Barclay Damon Tower | ERISE IP, P.A. |
| 125 East Jefferson Street | 5299 DTC Blvd., Suite 1340 |
| Syracuse, New York 13202 | Greenwood Village, CO 80111 |
| (315) 425-2700 | (913) 777-5600 |
| | |
| Naresh K. Kannan | *Attorneys for Defendants Charles Industries, LLC and Amphenol Corporation* |
| BARCLAY DAMON LLP | |
| 80 State Street | |
| Albany, New York 12207 | |
| (518) 429-4200 | |
| | |
| *Attorneys for Plaintiff PPC Broadband, Inc.* | |

SO ORDERED, this 30th day of April, 2025

_____
UNITED STATES DISTRICT JUDGE

2